## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| OMAHR GREGORY, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 2:08-cv-1392-JHH-TMP |
| LT. ROBINSON, et al., | ) |
| Defendants. | ) |

### ORDER

In accordance with the Memorandum of Opinion entered contemporaneously herewith, it is ORDERED, ADJUDGED, and DECREED that Defendants Robinson, Straittion, Coleman, Miller, Powell, Mays, Woodward, and Ballard are DISMISSED due to the plaintiff's failure to state a claim against them upon which relief may be granted pursuant to 28 U.S.C. § 1915A(b)(1) and/or (2). It is further ORDERED that the plaintiff's Fourth Amendment claim against Defendant Ryan is REFERRED to the magistrate judge for further proceedings.

**DONE** this the  3rd  day of April, 2009.

_____
SENIOR UNITED STATES DISTRICT JUDGE